UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1809 MWF (JEMx)**                                      Date: October 1, 2021

Title        **Raul Uriarte-Limon v. Angela Rodriguez, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 28, 2021, Mediator Gene Sharaga filed a Mediation Report reflecting that this case had been completely settled. (Docket No. 35). On July 29, 2021, Plaintiff filed a Notice of Settlement and Request to Vacate All Currently Set Dates ("Notice of Settlement"). (Docket No. 36). Based on the Mediation Report and Notice of Settlement, the Court issued an Order to Show Cause Re Dismissal ("OSC" (Docket No. 37)), requiring either a stipulated dismissal or appearance no later than August 30, 2021. On August 27, 2021, at the request of counsel, the OSC was continued to October 4, 2021.

On September 29, 2021, Plaintiff filed a Declaration of Amanda Seabock in Response to the Court's Order to Show Cause ("Seabock Decl."). (Docket No. 39). On September 30, 2021, Defendant Ana Lucio Castillo filed a Declaration of Derek L. Tabone in Response to Order to Show Cause ("Tabone Decl."). (Docket No. 40).

The Court has reviewed the Seabock and Tabone declarations, as well as the docket history in this case. The Court now ORDERS as follows:

- The OSC set for October 4, 2021 is **VACATED**.
- Plaintiff Raul Uriarte-Limon and Cross-Claimant Angela Rodriguez shall each show cause, in writing, no later than **October 15, 2021** why Ana

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1809 MWF (JEMx)**                                    Date:  October 1, 2021

Title            **Raul Uriarte-Limon v. Angela Rodriguez, et al.**

Lucio Castillo should not be dismissed from the Complaint and Cross-Claim in this action, pursuant to the performed settlement agreement.

- Cross-Claimant Angela Rodriguez shall further show cause, in writing, no later than **October 15, 2021** why her Cross-Claim as to Cross-Defendant Leopoldo Lopez should not be dismissed for lack of prosecution for failure to effect service within the time prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.

The Court reinstates its ADA Disability Access Litigation: Order Granting Application for Stay and Early Mediation (Docket No. 26) *only* as to Defendant Angela Rodriguez.  The action is again stayed to permit the Plaintiff and Defendant Rodriguez to participate in ADR mediation, to be completed no later than **November 19, 2021**.  Defendant and Cross-Defendant Ana Lucio Castillo and Cross-Defendant Leopoldo Lopez are not required to participate in the ADR mediation unless the Court so orders it after receiving the parties' responses to this Order to Show Cause on October 15, 2021.  Plaintiff shall file a Joint Status Report no later than seven days after the ADR proceeding is completed.

IT IS SO ORDERED.

cc:  ADR Program Director

Initials of Preparer:  RS/sjm