UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1809 MWF (JEMx)**                              Date:  October 18, 2021

Title      **Raul Uriarte-Limon v. Angela Rodriguez, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 1, 2021, the Court issued an Order to Show Cause that vacated the October 4, 2021 Order to Show Cause hearing and set a deadline for the parties to file responses regarding dismissal of this action.  (Docket No. 41).  The Court has reviewed the Declaration of Amanda Seabock in Response to Order to Show Cause ("Seabock Decl.") and Declaration of Tiffany Hyatt Krog in Response to Order to Show Cause ("Krog Decl."), filed October 15, 2021.  (Docket Nos. 45 and 46).  It appears to the Court that pending execution of a final settlement agreement between all parties, this matter has settled.

Recognizing that certain documents have been requested and not yet provided, the Court sets a hearing on **Order to Show Cause** Re Dismissal for **November 15, 2021 at 11:30 a.m.**  If a stipulated dismissal as to the Complaint and Cross-Claim is filed **on or before November 10, 2021**, the matter will be taken off calendar and no appearances will be required.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm